THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

*Attorneys for GEICO Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK MORRIS, an individual, | CASE NO.: 2:20-cv-00764-JCM-EJY |
| Pliantiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISCOVERY PLAN/SCHEDULING ORDER** |
| GEICO INSURANCE AGENCY, INC., d/b/a GEICO CASUALTY COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Michael Stein of the Van Law Firm, attorney for the Plaintiff, MARK MORRIS, and Thomas E. Winner and Lara L. Miller of the law firm of Winner & Sherrod, attorneys for Defendant, GEICO CASUALTY COMPANY that the court-ordered deadline of June 21, 2020 to file the Discovery Plan Scheduling Order be extended for a period of thirty (30) days, or until July 22, 2020, until the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

1259296.docx

1  Court renders its decision on Plaintiff's Motion to Remand Case Back to State Court.

2  DATED this 22nd day of June, 2020.

WINNER & SHERROD

/s/Lara L. Miller
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102

DATED this  22nd  day of June, 2020.

VAN LAW FIRM

/s/ Michael Stein
Michael Stein
Nevada Bar No. 4760
Tracee Duthie
Nevada Bar No. 8795
1290 S. Jones Blvd
Las Vegas, NV 89146
Attorneys for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  June 23, 2020

Page 2 of 3

1259296.docx