THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

Attorneys for Defendant
GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK MORRIS, an individual,<br><br>　　　　Pliantiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY, INC., d/b/a GEICO CASUALTY COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br><br>　　　　Defendants. | CASE NO.: 2:20-cv-00764-JCM-EJY<br>DEPT. NO.:<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Kristine Maxwell of the Van Law Firm, attorneys for the Plaintiff, MARK MORRIS, and Thomas E. Winner and Lara L. Miller of the law firm of Winner, Booze & Zarcone, attorneys for Defendant, GEICO INSURANCE AGENCY, INC., d/b/a GEICO CASUALTY COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

1409679.docx

1    IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above
2 referenced matter.
3    DATED this 3rd day of March, 2022.

                                        WINNER BOOZE & ZARCONE


                                        */s/Lara L. Miller*
                                        Thomas E. Winner
                                        Nevada Bar No. 5168
                                        Lara L. Miller
                                        Nevada Bar No. 12618
                                        1117 South Rancho Drive
                                        Las Vegas, Nevada 89102
                                        Attorneys for Defendant

   DATED this   3rd   day of March, 2022.



                                        VAN LAW FIRM


                                        */s/ Kristine Maxwell*
                                        Kristine Maxwell
                                        Nevada Bar No.
                                        1290 S. Jones Blvd
                                        Las Vegas, NV 89146
                                        Attorneys for Plaintiff

1409679.docx

1                                    ORDER

2         Upon Stipulation by counsel for the parties, and good cause appearing therefore,

3         IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice,

4  and each party to bear their own costs and attorney's fees; and,

5         IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced

6  matter.

7         IT IS FURTHER ORDERED that no trial date has been scheduled in the above

8  referenced matter.

9         DATED March 7, 2022.

13                                  UNITED STATES DISTRICT JUDGE

15  Submitted by:

16  WINNER BOOZE & ZARCONE, LTD.

18  */s/Lara L. Miller*
    Thomas E. Winner
19  Nevada Bar No. 5168
    Lara L. Miller
20  Nevada Bar No. 12618
    1117 South Rancho Drive
21  Las Vegas, Nevada 89102
    Attorneys for Defendant
22
    Case No.: 2:20-cv-00764-JCM-EJY